IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW EVERETT, ANTAWN WILLIAMS,<br><br>　　　　Defendants. | **Case No.:** CR 19–0699 JD<br><br>~~[PROPOSED]~~ **STIPULATED ORDER CONTINUING HEARING** |

　　　The above-entitled matter is currently scheduled for a status appearance on Wednesday, April 29, 2020 at 10:30 a.m. On that date, the courts of the Northern District of California remain closed due to shelter-in-place orders related to the COVID-19 pandemic. *See generally* N.D. Cal. General Orders 72, 73, and 74, at https://www.cand.uscourts.gov/notices/updated-notice-regarding-general-orders-court-operations-and-paper-filings-during-covid-19-public-health-emergency/.

　　　In addition, the government is continuing to provide discovery, and undersigned defense counsel represent that they need additional time to review this evidence with their clients. Both defendants reside in Florida.

　　　Counsel for the defendants accordingly move this Court to continue the status appearance to Wednesday, August 5, 2020 at 10:30 a.m. The defense also moves for exclusion of time under the Speedy Trial Act, to permit for the effective preparation of counsel.

　　　The government has no objection to this proposed continuance, and agrees that exclusion of time is appropriate.

　　　Therefore, for good cause shown the hearing currently scheduled on April 29, 2020 shall

be vacated. The matter shall be continued until Wednesday, August 5, 2020 at 10:30 a.m.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the new date. The Court finds this exclusion necessary to permit for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

| April 24, 2020 | DAVID L. ANDERSON |
| Dated | United States Attorney |

/S
Northern District of California

| April 24, 2020 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
|  | Northern District of California |

/S
STEVEN G. KALAR
Counsel for Matthew Everett

| April 24, 2020 | JAMES VAUGHNS |
| Dated | |

/S
Counsel for Antawn Williams

IT IS SO ORDERED.

April 27, 2020
Dated

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

STIP. ORD. CONTINUING HEARING
*EVERETT*, CR 19–0699 JD

2