DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280360)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436-7234
    christoffer.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 19-CR-00699 JD |
|     Plaintiff, | ) |
| | ) STIPULATION AND REQUEST TO CONTINUE |
| v. | ) STATUS CONFERENCE AND EXCLUDE TIME |
| | ) UNDER THE SPEEDY TRIAL ACT FROM |
| | ) AUGUST 5, 2020 TO SEPTEMBER 8, 2020 AND |
| MATTHEW EVERETT and ANTAWN WILLIAMS, | ) ORDER |
| | ) |
|     Defendants. | ) |

      The United States charged Defendants Matthew Everett and Antawn Williams via indictment with a violation of 18 U.S.C. § 1030(b)—Conspiracy to Commit Computer Fraud and Abuse. The matter is currently set before the Court for a status conference on August 5, 2020 at 10:30 a.m.

      Counsel for the United States and counsel for Mr. Everett and Mr. Williams now jointly stipulate and request to continue the August 5, 2020 status conference in the instant matter until September 8, 2020, or to a subsequent date deemed appropriate by the Court. The requested continuance is necessary to afford defense counsel time to review the discovery in the case.

      The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the

time from August 5, 2020 to the new date of the next status conference to allow for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding time from August 5, 2020 to the date of the next status conference from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). Counsel for the United States likewise consents to the continuance and joins in the request.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendants to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

DAVID L. ANDERSON
United States Attorney

Dated: 7/30/2020

\_\_\_/s/_____
**CHRISTOFFER LEE**
Assistant United States Attorney

\_\_\_/s/_____
**STEVEN KALAR**
Counsel for Defendant Matthew Everett

\_\_\_/s/_____
**JAMES PHILLIP VAUGHNS**
Counsel for Defendant Antawn Williams

STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 19-cr-00699 JD                                           v. 7/10/2018

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 5, 2020 until September 8, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 5, 2020 until September 8, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

With the consent of the parties, IT IS HEREBY ORDERED that the time from August 5, 2020 until September 8, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The date for the status conference is reset to September 9, 2020, at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: August 4, 2020

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE