STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280360)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5595
    FAX: (408) 535-5081
    christoffer.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR19-699 JD |
| Plaintiff, | ) JOINT STATUS REPORT RE: FORM 12 PETITION AND [~~XXXXXXXX~~PROPOSED] ORDER |
| v. | ) |
| MATTHEW EVERETT, | ) |
| Defendant. | ) |

    The parties submit the following joint status report in relation to Defendant Matthew Everett's pending Form 12 Petitions. Dkt. Nos. 58, 74. On June 2, 2021, the parties appeared before the Court and provided a status on the case, including that the parties were waiting to receive and review discovery in the form of audio and body-worn camera footage from the local police department related to Charge No. 2 in the Form 12 Petition. On June 24, 2021, the parties filed a joint status report informing the Court that the government intended to request that the Court revoke the defendant's supervised release and that the parties were awaiting discovery; at the parties' request, the Court directed the parties to file a joint status report on July 14, 2021.

    In the intervening time, U.S. Probation filed an amended Form 12 Petition alleging an additional violation and the Court signed a no bail arrest warrant for the defendant on July 2, 2021. Dkt. No. 74.

JOINT STATUS REPORT RE: FORM 12 PETITION AND [PROPOSED] ORDER
Case No. CR19-699 JD                        v. 7/10/2018

Counsel understand the defendant was subsequently arrested on the warrant, arraigned in the Southern District of Florida, and detained on July 14, 2021 following a detention hearing.  Counsel understand that defendant will now be transferred to the Northern District of California for further proceedings. Defense counsel understands from speaking with the U.S. Marshals that such inter-district transports may take four-to-six weeks.

      Additionally, the redacted copies of the discovery counsel were previously waiting to receive have been mailed and should be received shortly.  Counsel believe that receipt and subsequent review of these redacted materials by the defendant will inform whether the parties request a contested evidentiary hearing or other proceedings to resolve the request to revoke supervised release.  Defense counsel believes, given the nature of the charges and the video evidence, that the defendant cannot be adequately advised or make informed decisions concerning further proceedings until he has personally reviewed the discovery.

      Accordingly, the parties propose filing a further joint status report when the defendant arrives in the Northern District of California to advise on status, and if that event has not occurred by August 25, 2021, so advising the Court.

      The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

      IT IS SO STIPULATED.

DATED:  7/14/2021

/s/
**CHRISTOFFER LEE**
Assistant United States Attorney

DATED:  7/14/2021

/s/
**DAVID RIZK**
Counsel for Defendant Matthew Everett

# [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, the parties shall file a joint report advising the Court of the status of the case when defendant arrives in the Northern District of California, or shall file a joint status report no later than August 25, 2021 if defendant has not arrived in the District.

IT IS SO ORDERED.

DATED:   July 15, 2021

_____
**JAMES DONATO**
United States District Judge